```
MARY LAVERN CREEK
1773 POPPS FERRY RD.
APT G13
BILOXI, MS 39532

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

SYNCB
ATTN: BANKRUPTCY
PO BOX 96506
ORLANDO, FL 32896

TARGET NB
CO FINANCIAL
PO BOX 9475
MINNEAPOLIS, MN 55440
```